# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10cv88

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| 47 West Oakview Road, Asheville, Buncombe County, North Carolina, as described in a Deed at Deed Book 3359, Page 477, in the Public Registry of Buncombe County, North Carolina, being real property, together with the residence, and all appurtenances, improvements, and attachments thereon, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| and | ) ) | |
| $51,360.00 in United States Currency. | ) ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on periodic review of the docket. Such review reveals that the United States Marshal made its return of service of the warrant for arrest of the real property on June 2, 2010, and the government

1

certified its service by publication on June 14, 2010. While a settlement agreement has been reached with certain lien holders (Docket Entries #11 & #12), the government has taken no action to default potential claimants and reduce the Complaint to judgment, even though the time for filing claims expired on or about July 11, 2010, with no claims and answers having been filed.

**ORDER**

**IT IS, THEREFORE, ORDERED** that a status hearing is calendared for January 28, 2011, at 11:30 a.m., in Courtroom #2 at the United States Courthouse in Asheville, North Carolina.

Signed: January 6, 2011

Dennis L. Howell
United States Magistrate Judge