IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:10CV88

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) 47 West Oakview Road, Asheville, Buncombe ) County, North Carolina, as described in a Deed ) at Deed Book 3359, Page 477, in the Public ) Registry of Buncombe County, North Carolina, ) being real property, together with the residence, ) and all appurtenances, improvements, and ) attachments thereon, ) ) and ) ) $51,360.00 in United States Currency, ) ) Defendants. ) | **ENTRY OF DEFAULT** **AGAINST ALL PERSONS** **AND ENTITIES EXCEPT FOR** **WELLS FARGO BANK, NA** **AND** **PROGRESS ENERGY CORP.** |

UPON MOTION and showing by the United States that it has published notice of this action as required by law and that personal notice has either been accomplished or attempted as evidence by the underlying Motion and the record, including the Court's file, and that

**ALL PERSONS AND ENTITIES EXCEPT FOR WELLS FARGO BANK, NA**

**AND PROGRESS ENERGY CORP.**

have not filed any response, claim, or other pleading in this matter, or have withdrawn such pleading, it appears that there has been failure to plead or otherwise defend as required applicable rules ans statutes, and, therefore, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the Clerk

1

hereby enters default against such potential claimants.

This the 20 day of January, 2011.

Nancy Laughlin
s/Clerk/Deputy Clerk
United States District Court
Western District of North Carolina